1  CENTER FOR DISABILITY ACCESS
   Amanda Seabock, Esq., SBN 289900
2  Chris Carson, Esq., SBN 280048
   Dennis Price, Esq., SBN 279082
3   8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
4  (858) 375-7385
   (888) 422-5191 fax
5  phylg@potterhandy.com

6  Attorneys for Plaintiff, BRIAN WHITAKER

7
8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9

10 BRIAN WHITAKER,                     )   Case No.: 4:19-CV-06540-PJH
11         Plaintiff,                  )   **NOTICE OF SETTLEMENT AND
                                       )   REQUEST TO VACATE ALL
12     v.                              )   CURRENTLY SET DATES**
                                       )
13 SML L&L CORP., a California Corporation;
   and Does 1-10,                      )
14                                     )
           Defendants.                 )
15                                     )

16 ─────────────────────────────────────

17     The plaintiff hereby notifies the court that a global settlement has been reached in
18 the above-captioned case and the parties would like to avoid any additional expense,
19 and to further the interests of judicial economy.
20     The plaintiff, therefore, applies to this Honorable Court to vacate all currently set
21 dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all
22 parties will be filed within 60 days.
23 Dated: December 18, 2019       CENTER FOR DISABILITY ACCESS
24
25                           By: /s/ Amanda Lockhart Seabock
                                 Amanda Lockhart Seabock
26                               Attorneys for Plaintiff
27
28